UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No. |
| Plaintiff, | ) ) ) | **'08 MJ 1603** |
| v. | ) ) | COMPLAINT FOR VIOLATION OF: |
| **Juan SALINAS-Hernandez** | ) ) | Title 8, U.S.C., Section 1326; |
| AKA: HERNANDEZ, Juan Hipolito | ) ) ) | Deported Alien Found in the United States |
| Defendant. | ) ) | |

The undersigned complainant, being duly sworn, states:

On or about, **May 19, 2008,** within the Southern District of California, defendant, **SALINAS-Hernandez, Juan, (HERNANDEZ, Juan Hipolito)** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **22nd** DAY OF **May 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On Thursday, May 19, 2008, the defendant identified as, **SALINAS-Hernandez, Juan, (HERNANDEZ, Juan Hipolito)**, self surrendered to the San Diego County Sheriff's Department, Central Jail. The defendant was sentenced and ordered to commit himself to five days in County Jail by a California Superior Court Order, dated February 13, 2008, for violation of Vehicle Code 14601.1(A) Driv:Lic Suspended/Etc. The defendant was booked into Central Jail. While in the custody of county jail, an Immigration Agent conducted a field interview, determined the defendant to be a citizen of Mexico and placed an Immigration Hold (I-247) pending his release from jail.

On May 21, 2008 the defendant was referred to the custody of the United States Immigration and Customs Enforcement (ICE), Field Office in San Diego, California. An Immigration Officer conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed form the United States on at least one occasion.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant **SALINAS-Hernandez, Juan, (HERNANDEZ, Juan Hipolito)** has been ordered removed from the United States by an Immigration Judge on or about July 14, 2005 and removed to Mexico, via the San Ysidro Port of Entry on July 14, 2005. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint Identification System (IAFIS) were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as, **SALINAS-Hernandez, Juan, (HERNANDEZ, Juan Hipolito)**, a citizen and national of Mexico.