AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JUAN SALINAS-HERNANDEZ<br>aka Juan Hipolito Hernandez | CASE NUMBER: 08 CR 1982 WQH |

I, <u>JUAN SALINAS-HERNANDEZ</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);  Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>6-17-08</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

<u>Juan H. Salinas</u>
Defendant

<u>(signature)</u>
Counsel for Defendant

Before <u>(signature)</u>
Judicial Officer

FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY